UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-21656-DPG

JESUS GONZALEZ

  Plaintiff,

v.

LAGERTHA, LLC, d/b/a Black Sheep Coffee
PANERA, LLC, d/b/a Panera Bread, SF MARKETS, LLC,
d/b/a Sprouts Farmers Market, T-MOBILE SOUTH, LLC, and
GRP GROVE METRO STATION LLC,
d/b/a Grove Central Residences.

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO
## DEFENDANT T-MOBILE SOUTH, LLC.

Plaintiff, JESUS GONZALEZ, by and through undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, T-MOBILE SOUTH, LLC, have reached an agreement resolving all claims that were or could have been asserted against this Defendant in this action. The parties respectfully request that the Court allow thirty (30) days to finalize the settlement agreement and file the appropriate dismissal documents.

All claims against the remaining Defendants remain pending, as they are not part of this settlement.

Respectfully submitted this May 15, 2026.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014

**Page 1 of 2**

Gonzalez v. Lagertha, et al
Case No. 26-cv-21656-DPG

cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*