UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-21656-DPG

JESUS GONZALEZ

  Plaintiff,

v.

LAGERTHA, LLC, d/b/a Black Sheep Coffee
PANERA, LLC, d/b/a Panera Bread, SF MARKETS, LLC,
d/b/a Sprouts Farmers Market, T-MOBILE SOUTH, LLC, and
GRP GROVE METRO STATION LLC,
d/b/a Grove Central Residences.

  Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE *ONLY* AS TO DEFENDANT, GRP GROVE METRO STATION LLC

Plaintiff, JESUS GONZALEZ, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action with prejudice ***solely*** as to Defendant, GRP GROVE METRO STATION LLC d/b/a Grove Central Residences.

All claims against the remaining Defendants remain pending, as they were not part of this settlement.

Respectfully submitted this May 18, 2026.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Gonzalez v. Lagertha, et al**
**Case No. 26-cv-21656-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*